FILED

2026 Jan-09  PM 12:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

2026 JAN -9  A 11: 35

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

For the Northern District of Alabama

---

Lucas Williams

                    Plaintiff                    Index No.

        v.

Sergio Jimenez, Kevin C. McClanahan,             Jury Trial Demanded

Carmen Pacheco, Dawn Hill-Kearse,

Wavny Toussaint                                  Complaint

                    Defendants

---

1. Upon information and belief, Defendants conspired with individuals in LT-325749-22/KI, in which the next court appearance is scheduled for 2/4/26 before Defendant Sergio Jimenez,

2. All defendants conspired together in violation of due process,

3. This Court has jurisdiction under federal law.

### PRAYER FOR RELIEF

Plaintiff demands sum of money to be decided by jury against all Defendants for compensatory damages and punitive damages estimated over $500,000.

### VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 12/29/25

Lucas Williams

6141 Canal St,

New Orleans, LA 70130

MID-ISLAND NY 117

5 JAN 2026   PM 4  L

UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office

660 Gallatin Street, SW

Huntsville, AL 35801

35801-491360

JAN 09

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA